UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

E & M PROPERTIES, INC., et al.,

        Plaintiffs,

Case No. 09-10932

vs.

HON. GEORGE CARAM STEEH

CHARTER TOWNSHIP OF BLOOMFIELD, et al,

        Defendants.

_____/

## J U D G M E N T

The above entitled matter has come before the court on defendant's motion for judgment on the pleadings, and in accordance with the court's order granting that motion entered on this date,

IT IS ORDERED AND ADJUDGED that summary judgment hereby is GRANTED in favor of defendant.

Dated: November 4, 2009

                              DAVID J. WEAVER
                              CLERK OF THE COURT

                              BY: s/Josephine Chaffee
                                    DEPUTY COURT CLERK